UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | No. 3:12-00151 |
| | ) | JUDGE CAMPBELL |
| BRIAN KEITH EDWARDS | ) | |

ORDER

The Court held a status conference in this case on January 28, 2013. At the status conference, the Defendant indicated that he anticipates filing a motion to suppress on February 1, 2013. The Government shall file a response to the motion on or before February 8, 2013. The Court will hold an evidentiary hearing on the motion to suppress on February 12, 2013, at 9:00 a.m.

It is so ORDERED.

*Todd Campbell*
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE