UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:12-00151 |
| | ) | JUDGE CAMPBELL |
| BRIAN KEITH EDWARDS | ) | |

ORDER

Pending before the Court is Defendant's Motion to Suppress Evidence (Docket No. 21) and the Government's Response (Docket No. 22). The Court held a hearing on the Motion on February 12, 2013.

For the reasons stated from the bench, the Motion to Suppress Evidence (Docket No. 21) is GRANTED in part and DENIED in part. Defendant's initial statement to police that he had a gun in his pants is suppressed and the motion is otherwise denied.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE