UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:12-00151 |
| | ) | JUDGE CAMPBELL |
| BRIAN KEITH EDWARDS | ) | |

## ORDER

Pending before the Court is a Motion for Extension of Time to Submit Plea Agreement (Docket No. 26). The Motion is GRANTED.

Defendant shall have until February 14, 2013 to submit his plea agreement.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE