UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:12-00151 |
| | ) | JUDGE CAMPBELL |
| BRIAN KEITH EDWARDS | ) | |

ORDER

Pending before the Court is a Motion for Extension of Time to Submit Plea Agreement (Docket No. 40). The Motion requests a one day extension to submit the plea agreement. The Motion is GRANTED.

The deadline for submitting a plea agreement is extended to October 23, 2013.

Due to a trial, the change of plea hearing is rescheduled to 12:00 p.m. on October 24, 2013.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE